| United States Bankruptcy Court | |
|---|---|
| For the District Of Delaware | |
| JONES STEPHENS CORP | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 09-14414 |
| Debtor | } Amount $10,310.00 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**BOSHART INDUSTRIES INC**
**PO BOX 18995**
**NEWARK, NJ 07191**

The transfer of your claim as shown above in the amount of **$10,310.00** has been transferred to:

      Liquidity Solutions Inc
      One University Plaza
      Suite 312
      Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

      By/s/Eric Horn
      Liquidity Solutions Inc
      (201) 968-0001

497555

LLC /HB

**TRANSFER NOTICE**

BOSHART INDUSTRIES ~~INC~~. ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for _____ with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Jones Stephens Corporation ("Debtor"), in the aggregate amount of $14,859.74 representing all claims of Assignor pending against Debtor in the United States Bankruptcy Court, District of Delaware, administered as Case No. 09-14414.

IN WITNESS WHEREOF, Assignor has signed below as of the __11__ day of __Feb__, ~~20~~2010.

LLC /HB

BOSHART INDUSTRIES ~~INC~~.

WITNESS:

By: _/s/ Gary Boshart_
(Signature)

Gary Boshart, President
(Print Name and Title)

_/s/_
(Signature)

Arnie Gaunt
(Print Name of Witness)

_/s/_

Liquidity Solutions.
Eric Horn

497555