| | |
|---|---|
| United States Bankruptcy Court<br>For the District Of Delaware | |
| JONES STEPHENS CORP | } Chapter 11<br>}<br>}<br>}<br>} Case No.<br>} 09-14414 |
| Debtor | } **Amount $38,915.00** |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**CELLO PRODUCTS INC**
**210 AVENUE RD**
**CAMBRIDGE, ON N1R 5S9**

The transfer of your claim as shown above in the amount of **$38,915.00** has been transferred to:

       Liquidity Solutions Inc
       One University Plaza
       Suite 312
       Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.


                                            By/s/Eric Horn
                                            Liquidity Solutions Inc
                                            (201) 968-0001

                                                                      497554

**TRANSFER NOTICE**

CELLO PRODUCTS INC ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Jones Stephens Corporation ("Debtor"), in the aggregate amount of $39,021.80 representing all claims of Assignor pending against Debtor in the United States Bankruptcy Court, District of Delaware, administered as Case No. 09-14414.

IN WITNESS WHEREOF, Assignor has signed below as of the __12__ day of __February__, ~~2010~~ 2010.

CELLO PRODUCTS INC

WITNESS:

By: _____  _____   Liquidity Solutions
(Signature)                     (Signature)                   Eric Horn.

_Paul Petrie  VP Finance_        _Jason Aurigi Exec VP_
(Print Name and Title)          (Print Name of Witness)

497559