| United States Bankruptcy Court | |
|---|---|
| For the District Of Delaware | |
| JONES STEPHENS CORP | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 09-14414 |
| Debtor | } Amount $4,433.57 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**USD PRODUCTS INC**
**1219 S RITCHEY STREET**
**SANTA ANA, CA 92705**

The transfer of your claim as shown above in the amount of **$4,433.57** has been transferred to:

      Liquidity Solutions Inc
      One University Plaza
      Suite 312
      Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

      By/s/Eric Horn
      Liquidity Solutions Inc
      (201) 968-0001

497589

**TRANSFER NOTICE**

USD PRODUCTS INC. ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for _____ with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Jones Stephens Corporation ("Debtor"), in the aggregate amount of $4,433.57 representing all claims of Assignor pending against Debtor in the United States Bankruptcy Court, District of Delaware, administered as Case No. 09-14414.

IN WITNESS WHEREOF, Assignor has signed below as of the 24 day of February, 2010.

USD PRODUCTS INC.

By: _____   _____
(Signature)                      Liquidity Solutions, Inc.

JAMES SCOTT JONES/PRESIDENT    ERIC HORN
(Print Name and Title)