United States Bankruptcy Court
For the District Of Delaware

| JONES STEPHENS CORP | } Chapter 11 |
| | } |
| | } Case No. |
| | } 09-14414 |
| Debtor | } Amount $2,881.00 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**ASTRO MED INC**
**DEPT CH 10491**
**PALATINE, IL 60055**

The transfer of your claim as shown above in the amount of **$2,881.00** has been transferred to:

    Liquidity Solutions Inc
    One University Plaza
    Suite 312
    Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

    By/s/Erik Horn
    Liquidity Solutions Inc
    (201) 968-0001

497592

## TRANSFER NOTICE

ASTRO-MED INC. ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Jones Stephens Corporation ("Debtor"), in the aggregate amount of ~~$1,670.40~~ representing all claims of Assignor pending against Debtors in the United States Bankruptcy Court, District of Delaware, administered as Case No. 09-14414.

IN WITNESS WHEREOF, Assignor has signed below as of the 24th day of March, 2010.

→ $2881.00

ASTRO-MED INC.

By: _____ Liquidity Solutions, Inc.
(Signature)

LORRAINE A. O'CONNOR   CREDIT MANAGER   Eric Horn
(Print Name and Title)

497593