# QUAKER STATE TUBE MFG. CORP.
RTE. 29  P. O. BOX 271
ZIEGLERVILLE, PA. 19492
800-345-6226  610-287-8841  FAX 610-287-7082

March 16, 2010

US Bankruptcy Court
District of Delaware
824 North Market Street, 3rd Floor
Wilmington, DE 19801

Subject: Bankruptcy Case #09-14413
Plumbing Holdings Corporation, et. al.

Gentlemen:

Our firm objected to the transfer of claim in the face amount of our claim of $6,991 on March 16th, 2010 to Creditor Liquidity, LP, 200 Business Park Drive, Suite 200, Armonk, NY 10504.

We are hereby withdrawing the objection to the transfer of the claim.

Sincerely,

Laurence Sakon

PRESIDENT

Form 210A (12/09)

# United States Bankruptcy Court

## District of Delaware

In re: <u>Plumbing Holdings Corporation, et al., Jointly Administered</u>, Case No. <u>09-14413</u>

## TRANSFER OF CLAIM OTHER THAN SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Creditor Liquidity, LP</u>
    Name of Transferee

<u>QUAKER STATE TUBE MFG CORP</u>
    Name of Transferor

Name and Address where notices to transferee should be sent:
Creditor Liquidity, LP
200 Business Park Drive, Suite 200
Armonk, New York 10504
Phone: <u>(914) 514-8300</u>
Last Four Digits of Acct #:_____

Court Claim # (if known) _____
Amount of Claim: <u>$6,991.00</u>
Date Claim Filed: _____

Phone: _____
Last Four Digits of Acct. #:_____

Name and Address where transferee payments
Should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ Robert J. Tannor</u>    Date: <s>3/12/2010</s> 4/8/2011
    Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

## Evidence of Transfer

<u>QUAKER STATE TUBE MFG CORP</u> ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto <u>Creditor Liquidity, LP, 200 Business Park Drive, Suite 200, Armonk, New York, 10504</u>, its successors and assigns ("Assignee"), all rights, title and interest in and to the claims of Assignor in the aggregate amount of <u>$6,991.00</u> as stated in the Proof of Claim and or Debtor's schedules against <u>Plumbing Holdings Corporation, et al.</u>, Jointly Administered in the United States Bankruptcy Court, District of Delaware ("the Court"), <u>Case no. 09-14413</u> or any other court with jurisdiction.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim. All references in this document to dollar amounts shall be deemed to be expressed in US Dollars, unless specifically noted otherwise and initialed by the Assignee.

IN WITNESS WHEREOF, dated the 11 day of February, 2010

By: _Sharon Kirland_
(Signature of Authorized Party)

_Quaker State Tube Mfg_
(Company Name)

_Sharon Kirland_
(Print name of Authorized Party)

By: /s/ Robert J. Tannor
　　Robert J. Tannor

　　Creditor Liquidity, LP

　　914-514-8300
　　(Telephone Number)