| United States Bankruptcy Court | |
|---|---|
| For the District Of Delaware | |
| JONES STEPHENS CORP | } Chapter 11 |
|  | } |
|  | } |
|  | } |
|  | } Case No. |
|  | } 09-14414 |
| Debtor | } Amount **$3,761.00** |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**HAMPTON INN PINE GROVE**
**481 SUEDBERG ROAD**
**PINE GROVE, PA 17963**

The transfer of your claim as shown above in the amount of **$3,761.00** has been transferred to:

      Liquidity Solutions Inc
      One University Plaza
      Suite 312
      Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.


                                    By/s/Eric Handler
                                    Liquidity Solutions Inc
                                    (201) 968-0001


497653

## TRANSFER NOTICE

HAMPTON INN PINE GROVE ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Jones Stephens Corporation ("Debtor"), in the aggregate amount of $3,761.00 representing all claims of Assignor pending against Debtors in the United States Bankruptcy Court, District of Delaware, administered as Case No. 09-14414.

IN WITNESS WHEREOF, Assignor has signed below as of the 12 day of May, 2010.

HAMPTON INN PINE GROVE

By: _____      _____
(Signature)                      Liquidity Solutions, Inc.

SATYAN KADIMILALA    ERIC Horn
(Print Name and Title)

497653