# EXHIBIT B

**FINANCIAL PROJECTIONS**

# EXHIBIT B to Disclosure Statement

**Plumbings Holdings Corporation,** *et al*

**Financial Projections (Unaudited)**

As a condition to confirmation of a Chapter 11 plan, the Bankruptcy Code requires, among other things, that the Bankruptcy Court determine that confirmation is not likely to be followed by the liquidation or the need for further financial reorganization of the Debtors. In connection with the development of the Plan, and for purposes of determining whether the Plan satisfies this feasibility standard, the Debtors' management has analyzed the ability of the Debtors to meet their obligations under the Plan and retain sufficient liquidity and capital resources to conduct its business and prepared financial projections and compiled the historical financial statements contained in this Exhibit B.

The Debtors believe that the Plan meets the Bankruptcy Code's feasibility requirement that Plan confirmation is not likely to be followed by liquidation or the need for further financial reorganization of the Debtors or any successor under the Plan.

The Projections should be read in conjunction with Section 3.06 of the Disclosure Statement, entitled "CONDITIONS TO CONFIRMATION AND CONSUMMATION OF THE PLAN" and with the assumptions, qualifications and footnotes to the tables containing the Projections (which include projected statements of operations, a projected balance sheet as of the projected Effective Date (defined below), and projected statements of cash flows).

In connection with the development of the Plan, and for the purposes of determining whether the Plan satisfies the feasibility standard, the Debtors analyzed the ability to satisfy financial obligations while maintaining sufficient liquidity and capital resources. In this regard, the Debtors' management, with the assistance of AlixPartners, developed a business plan and prepared financial projections for the calendar years ended December 31, 2011 through December 31, 2014 (collectively, the "Projections"). The Projections are presented on a consolidated basis. The Debtors do not, as a matter of course, publish their business plans and strategies, projections, anticipated financial position or results of operations. Accordingly, it is not anticipated that there will be, and any obligation is disclaimed to, furnish updated business plans or projections to holders of Claims or interests after the Confirmation Date.

The Projections assume that the Plan will be implemented in accordance with its stated terms. Since the Projections are based on forecasts of key economic variables such as the demand for the products of the Debtors, the ability to achieve certain cost reductions and working capital efficiencies, the ability to retain and expand its customer base and/or the number of products sold to its customers, no loss of critical suppliers or changes in terms and conditions, the estimates and assumptions underlying the Projections are inherently uncertain. Though considered reasonable by the Debtors as of the date hereof, the Projections are subject to significant business, economic and competitive uncertainties.

THE PROJECTIONS WERE NOT PREPARED WITH A VIEW TOWARD COMPLIANCE WITH THE GUIDELINES ESTABLISHED BY THE AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS, THE PRACTICES RECOGNIZED TO BE IN ACCORDANCE WITH GENERALLY ACCEPTED ACCOUNTING PRINCIPLES, OR THE RULES AND REGULATIONS OF THE U.S. SECURITIES AND EXCHANGE COMMITTEE REGARDING PROJECTIONS. FURTHERMORE, THE PROJECTIONS HAVE NOT BEEN AUDITED BY INDEPENDENT ACCOUNTANTS. THE PROJECTIONS HAVE BEEN PREPARED EXCLUSIVELY BY THE DEBTORS, WITH ASSISTANCE OF ALIXPARTNERS. THESE PROJECTIONS, WHILE PRESENTED WITH NUMERICAL SPECIFICITY, ARE NECESSARILY BASED ON A VARIETY OF ESTIMATES AND ASSUMPTIONS WHICH, THOUGH CONSIDERED REASONABLE BY MANAGEMENT AT THE TIME AND TO THE BEST OF THEIR KNOWLEDGE, MAY NOT BE

REALIZED, AND ARE INHERENTLY SUBJECT TO SIGNIFICANT BUSINESS, ECONOMIC AND COMPETITIVE UNCERTAINTIES AND CONTINGENCIES, MANY OF WHICH ARE BEYOND THE DEBTORS' CONTROL. THE DEBTORS CAUTION THAT NO REPRESENTATIONS CAN BE MADE AS TO THE REORGANIZED DEBTORS' ABILITY TO ACHIEVE THE PROJECTED RESULTS. SOME ASSUMPTIONS INEVITABLY WILL NOT MATERIALIZE, AND EVENTS AND CIRCUMSTANCES OCCURRING SUBSEQUENT TO THE DATE ON WHICH THESE PROJECTIONS WERE PREPARED MAY BE DIFFERENT FROM THOSE ASSUMED OR MAY BE UNANTICIPATED, AND THUS MAY AFFECT FINANCIAL RESULTS IN A MATERIAL AND POSSIBLY ADVERSE MANNER. THE PROJECTIONS, THEREFORE, MAY NOT BE RELIED UPON AS A GUARANTY OR OTHER ASSURANCE OF THE ACTUAL RESULTS THAT WILL OCCUR.

In addition to all the revenue and operating assumption set forth herein, the Projections assume that (i) the Plan will be confirmed and consummated in accordance with its terms, (ii) there will be no material change in legislation or regulations, or the administration thereof, that will have an unexpected effect on the operations of the Debtors, (iii) there will be no change in generally accepted accounting principles in the United States that will have a material effect on the reported financial results of the Debtors, and (iv) there will be no material contingent or unliquidated litigation or indemnity claims applicable to the Debtors. The Projections should be viewed in conjunction with a review of these assumptions, including the qualifications and footnotes as set forth herein. The Projections were prepared in good faith based upon assumptions believed to be reasonable at the time of preparation. While presented with numerical specificity, the Projections are based upon a variety of estimates and assumptions subject to significant business, economic, and competitive uncertainties and contingencies, many of which are beyond the control of the Debtors. Actual results may vary materially from those presented.

The Projections are based on the assumption that the Debtors will emerge from Chapter 11 on or about December 31, 2010 ("Effective Date"). If the Effective Date of the Plan is significantly delayed, additional expenses, including professional fees, may be incurred and operating results may be negatively impacted. In addition, the Debtors believe that their business will be adversely impacted as a result of being in a prolonged Chapter 11 process.

The Debtors will be required to estimate the Debtors' reorganization value, the fair value of their assets, and their actual liabilities as of the Effective Date. Such determination will be based upon the fair values as of that date, which could be materially greater or less than the value assumed in the Projections. Any fresh-start reporting adjustments that maybe be required in accordance with Accounting Standards Codification ("ACS") Topic 852 Reorganizations, which covers the financial reporting for entities in reorganizations under the Bankruptcy Code, including any allocation of the Debtors' reorganization value to the Debtors' assets in accordance with the procedures specified in ASC 805 – *Business Combinations*, formerly FAS No.141(R), *"Business Combinations",* will be finalized after the Debtors emerge from bankruptcy. THE DEBTORS HAVE MADE A DETERMINATION THAT FRESH START ACCOUNTING IS APPLICABLE UNDER THE TRANSACTION CONTEMPLATED WITHIN THE DEBTORS PLAN OF REORGANIZATION.

SAFE HARBOR STATEMENT UNDER THE PRIVATE SECURITIES LITIGATION REFORM ACT OF 1995. The Projections contain statements which constitute "forward-looking statements" within the meaning of the Securities Act and the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995. "Forward-looking statements" in the Projections include the intent, belief or current expectations of the Debtors and members of its management team with respect to the timing of, completion of and scope of the current restructuring, reorganization plan, strategic business plan, bank financing, and debt and equity market conditions and the Debtors' future liquidity, as well as the assumptions upon which such statements are based. While the Debtors believe that the expectations are based on reasonable assumptions within the bounds of their knowledge of their business and operations, parties in interest are cautioned that any such forward-

looking statements are not guarantees of future performance, and involve risks and uncertainties, and that actual results may differ materially from those contemplated by such forward-looking statements. Important factors currently known to management that could cause actual results to differ materially from those contemplated by the forward-looking statements in the Projections include, but are not limited to, further adverse developments with respect to the Company's liquidity position or operations of Debtors' business, adverse developments in Debtors' efforts to renegotiate its funding and adverse developments in the bank financing or public or private markets for debt or equity securities, or adverse developments in the timing or results of Debtors' strategic business plan (including the time line to emerge from Chapter 11), the ability of Debtors to retain and attract new customers and maintain favorable vendor relationships, the ability of the Debtors to achieve the projected level of profitability or working capital efficiency, the level and nature of any restructuring and other one-time charges, the difficulty in estimating costs relating to exiting certain markets and the possible negative effects of a change in applicable legislation. Furthermore, the Debtor has not yet determined which contracts to assume and, as a result, the impact of such decisions would have on projected revenues, earnings and cash. See also Article VII "Certain Risk Factors Affecting the Debtors".

# DEBTORS' PROJECTED INCOME STATEMENT
*(Amounts in 000's)*

|  | Year Ended Dec 31, | | | |
|---|---|---|---|---|
|  | **2011** | **2012** | **2013** | **2014** |
| Net Sales | $71,984 | $78,058 | $84,213 | $90,950 |
| *% Growth* | *n/a* | *8.4%* | *7.9%* | *8.0%* |
| Cost of Goods Sold | 45,620 | 49,315 | 53,166 | 57,419 |
| Gross Profit | 26,364 | 28,743 | 31,047 | 33,531 |
| *% of Sales* | *36.6%* | *36.8%* | *36.9%* | *36.9%* |
| Total SG&A Expenses | 20,076 | 20,897 | 21,901 | 23,101 |
| EBITDA | 6,288 | 7,846 | 9,146 | 10,430 |
| *% of Sales* | *8.7%* | *10.1%* | *10.9%* | *11.5%* |
| Depreciation | 960 | 1,002 | 1,022 | 1,044 |
| Amortization | 5,479 | 2,367 | 2,009 | 1,742 |
| D&A | 6,439 | 3,369 | 3,031 | 2,786 |
| Operating Income | (151) | 4,477 | 6,115 | 7,644 |
| *% of Sales* | *-0.2%* | *5.7%* | *7.3%* | *8.4%* |
| Interest Expense - Revolver | 40 | 92 | 98 | 74 |
| Interest Expense - Term Loan | 2,274 | 2,360 | 2,450 | 2,845 |
| Loan Commitment Fees | 75 | 75 | 75 | 75 |
| Amortization of Initial Loan Costs | 33 | 33 | 33 | 33 |
| Net Interest Expense | 2,422 | 2,561 | 2,657 | 3,027 |
| Other Expenses | 574 | 574 | 574 | 699 |
| Income Before Taxes | (3,148) | 1,343 | 2,885 | 3,918 |
| Net Tax Provision (Benefit) | (1,195) | 510 | 1,095 | 1,487 |
| Net Income | ($1,953) | $833 | $1,790 | $2,431 |
| Preferred Equity PIK Interest | 1,652 | 1,808 | 1,933 | 1,704 |
| Net Income to Common Shareholders | ($3,605) | ($975) | ($143) | $726 |
| *% of Sales* | *-5.0%* | *-1.2%* | *-0.2%* | *0.8%* |

**Note:**
**Amounts are not prepared in accordance with GAAP and do not reflect the impact of Fresh Start accounting.**

# DEBTORS' PROJECTED BALANCE SHEET
*(Amounts in 000's)*

|  | As of Dec 31, | | | | |
|---|---|---|---|---|---|
|  | 2010 | 2011 | 2012 | 2013 | 2014 |
| **Assets:** | | | | | |
| Cash | $1,000 | $741 | $231 | $751 | $1,303 |
| Receivables | 8,405 | 9,338 | 10,115 | 10,932 | 11,806 |
| Inventory | 24,100 | 23,525 | 24,796 | 26,100 | 27,793 |
| Deferred Tax Benefits | 4,271 | 4,271 | 4,271 | 4,271 | 4,271 |
| Prepaid Expenses | 561 | 373 | 406 | 439 | 474 |
| Total Current Assets | 38,337 | 38,247 | 39,819 | 42,492 | 45,647 |
| Gross PP&E | 6,917 | 7,617 | 8,317 | 9,017 | 9,717 |
| Accumulated Depreciation | 4,060 | 5,020 | 6,022 | 7,044 | 8,088 |
| Net PP&E | 2,856 | 2,596 | 2,294 | 1,972 | 1,628 |
| Deferred Charges | 155 | 122 | 89 | 56 | 23 |
| Goodwill | 14,335 | 14,335 | 14,335 | 14,335 | 14,335 |
| Patents & Other Intangibles | 14,075 | 8,596 | 6,229 | 4,220 | 2,478 |
| Total Other Assets | 28,566 | 23,053 | 20,653 | 18,611 | 16,836 |
| Total Assets | $69,760 | $63,897 | $62,767 | $63,076 | $64,112 |
| **Liabilities & Equity:** | | | | | |
| Current Portion Long Term Debt | $1,000 | $1,000 | $1,000 | $1,000 | $36,000 |
| Revolver | 0 | 0 | 0 | 0 | 0 |
| Accounts Payable | 2,739 | 2,373 | 2,574 | 2,846 | 3,073 |
| Other Accrued Liabilities | 1,799 | 1,555 | 1,691 | 1,828 | 1,974 |
| Accrued Professional Fees | 500 | 250 | 0 | 0 | 0 |
| Accrued State & Federal Income Tax | 460 | 1,360 | 1,360 | 1,360 | 1,360 |
| Total Current Liabilities | 6,498 | 6,537 | 6,625 | 7,033 | 42,407 |
| Deferred Federal Inc Tax | 5,959 | 2,866 | 1,671 | 638 | (274) |
| Long-Term Debt | 32,500 | 31,500 | 30,500 | 31,500 | 0 |
| Current Maturities | (1,000) | (1,000) | (1,000) | (1,000) | 0 |
| Total Long Term Liabilities | 37,459 | 33,366 | 31,171 | 31,138 | (274) |
| Preferred Equity (A shares) | 17,500 | 19,152 | 20,961 | 20,894 | 17,098 |
| Preferred Equity (B shares) - Convertible | 0 | 0 | 0 | 0 | 0 |
| Common Equity | 39,064 | 39,208 | 39,352 | 39,496 | 39,640 |
| Retained Earnings | (30,762) | (34,367) | (35,342) | (35,485) | (34,759) |
| Total Equity | 25,802 | 23,994 | 24,971 | 24,904 | 21,979 |
| Total Liabilities & Equity | $69,760 | $63,897 | $62,767 | $63,076 | $64,112 |

**Note:**
**Amounts are not prepared in accordance with GAAP and do not reflect the impact of Fresh Start accounting.**

# DEBTORS' PROJECTED STATEMENT OF CASHFLOW
*(Amounts in 000's)*

|  | Year Ended Dec 31, | | | |
|---|---|---|---|---|
|  | 2011 | 2012 | 2013 | 2014 |
| Beginning Cash Balance | $1,000 | $741 | $231 | $751 |
|   Net Income | (1,953) | 833 | 1,790 | 2,431 |
|   Depreciation | 960 | 1,002 | 1,022 | 1,044 |
|   Amortization | 5,512 | 2,400 | 2,042 | 1,775 |
|   Stock Based Compensation | 144 | 144 | 144 | 144 |
|   Deferred Taxes | (3,093) | (1,194) | (1,033) | (913) |
|     Cash Flow From Operations | 1,570 | 3,185 | 3,965 | 4,481 |
| Net Working Capital Investment | | | | |
|   Accounts Receivable | (933) | (777) | (817) | (875) |
|   Inventories | 575 | (1,272) | (1,304) | (1,693) |
|   Prepaid Expenses | 188 | (33) | (33) | (35) |
|   Accounts Payable | (366) | 201 | 271 | 228 |
|   Accruals | (244) | 136 | 137 | 146 |
|   Accrued Management Fees | (250) | (250) | 0 | 0 |
|   Income Taxes Payable | 900 | (0) | 0 | 0 |
|     Total Changes in Working Capital | (129) | (1,994) | (1,745) | (2,229) |
| Cash Flow after NWC Investment | 1,441 | 1,190 | 2,220 | 2,252 |
|   Capital Expenditures | (700) | (700) | (700) | (700) |
| Cash Flow for Debt Amortization | 741 | 490 | 1,520 | 1,552 |
|   Debt Amortization | (1,000) | (1,000) | (1,000) | (1,000) |
|     Increase / (Decrease) in Cash | (259) | (510) | 520 | 552 |
|       Ending Cash Balance | $741 | $231 | $751 | $1,303 |

**Note:**
**Amounts are not prepared in accordance with GAAP and do not reflect the impact of Fresh Start accounting.**

# DEBTORS' PRO FORMA BALANCE SHEET ADJUSTMENTS
*(Amounts in 000's)*

|  | Unaudited (1) Projected 12/31/10 | Unaudited (2) Equity Investment & Debt Conversion | Unaudited Pro Forma 12/31/10 |
|---|---|---|---|
| Assets: | | | |
| Cash | $6,439 | ($5,439) | $1,000 |
| Receivables | 8,405 | 0 | 8,405 |
| Inventory | 24,100 | 0 | 24,100 |
| Deferred Tax Benefits | 4,271 | 0 | 4,271 |
| Prepaid Expenses | 561 | 0 | 561 |
| Total Current Assets | 43,776 | (5,439) | 38,337 |
| Gross PP&E | 6,917 | 0 | 6,917 |
| Accumulated Depreciation | 4,060 | 0 | 4,060 |
| Net PP&E | 2,856 | 0 | 2,856 |
| Deferred Charges | (0) | 155 | 155 |
| Goodwill | 14,335 | 0 | 14,335 |
| Patents & Other Intangibles | 14,075 | 0 | 14,075 |
| Total Other Assets | 28,410 | 155 | 28,566 |
| Total Assets | 75,043 | (5,284) | 69,760 |
| Liabilities & Equity: | | | |
| Current Portion Long Term Debt | 33,247 | (32,247) | 1,000 |
| Revolver | 0 | 0 | 0 |
| Accounts Payable | 2,739 | 0 | 2,739 |
| Other Accrued Liabilities | 1,799 | 0 | 1,799 |
| Accrued Management Fees | 500 | 0 | 500 |
| Accrued State & Federal Income Tax | 460 | 0 | 460 |
| Total Current Liabilities | 38,745 | (32,247) | 6,498 |
| Liabilities Subject to Compromise | 56,038 | (56,038) | 0 |
| Deferred Federal Inc Tax | 5,959 | 0 | 5,959 |
| Long-Term Debt | 0 | 32,500 | 32,500 |
| Current Maturities | 0 | (1,000) | (1,000) |
| Total Long Term Liabilities | 5,959 | 31,500 | 37,459 |
| New Preferred Equity (3) | 0 | 17,500 | 17,500 |
| Common Equity | 39,064 | 0 | 39,064 |
| Retained Earnings | (64,763) | 34,001 | (30,762) |
| Total Equity | (25,699) | 51,501 | 25,802 |
| Total Liabilities & Equity | $75,043 | ($5,284) | $69,760 |

**Note:**
**(1)** Amounts are not prepared in accordance with GAAP.
**(2)** Amounts reflect the impact of the restructuring at emergence.
**(3)** Amount reflects face value and has not been adjusted to lower of cost or market. This representation is not an indication of value.

**Projection Assumptions**

The Projections are compiled from the Reorganized Debtors' operating forecasts that assume the Company continues to follow its current wholesale, retail, OEM and HVAC market strategies. The Company periodically reviews its operations, the economic environment and the markets in which it competes to evaluate the potential future profitability of each of its product lines.

1) Methodology – The Projections are based upon the Debtors' detailed projections originally developed in July 2010 for calendar years 2010-2014.
2) Operational Initiatives – The Projections incorporate the Debtors' planned revenue and cost initiatives.
3) The Projections assume that certain key markets served by the Debtor (i.e., commercial construction) will remain depressed in 2011. Other markets (i.e., residential construction) are assumed to begin a modest recovery in 2011.
4) The Projections assume that the Debtors' will retain their largest retail customers and will secure new chemical and "planogram" programs which will allow them to continue to grow their retail segment.
5) The Projections assume no significant change in foreign currency exchange rates. The Projections also assume no loss of key wholesale accounts or support from buying groups.
6) The Projections assume that capital will be available to fund key revenue and operating initiatives (people, systems and processes) to help grow the Company, reduce costs and improve asset management.
7) The Projections assume no loss of key accounts and no significant credit losses.
8) The Projections assume no loss of key supplier and no change in payment terms.
9) The Projections assume no loss of key personnel at the Debtors.
10) The Projections assume that commodities remain at current pricing levels.

**Projected Income Statement**

Revenues
Revenue is derived from the Debtors' wholesale, retail, OEM and HVAC segments. The revenue forecasts included in the Projections were developed on a detailed by-segment basis. The wholesale segment currently represents over 75% of the Debtors' revenues, and therefore, the future performance of the wholesale segment will largely drive the future performance of the Debtors' overall business.

The Debtors supply more than 1,500 wholesale customers operating in the commercial and residential construction segments. Therefore, the Debtors' revenue may be impacted by the economic conditions in both of these segments. The Projections assume that commercial construction (offices, hotels, etc.) will remain at depressed levels throughout 2011. The Projections assume that residential and multi-family construction will begin to experience a modest recovery in 2011. Finally, remodeling expenditures are projected to remain unchanged in 2011 due to ongoing weakness and low consumer spending.

The retail and hardware segment, which accounts for slightly less than 15% of revenue, includes a variety of leading retailers. The Projections assumes that the Debtor will be able to retain these customers and will secure chemical and "planogram" programs which will allow it to continue to grow its retail segment. The retail channel is assumed to be a significant driver of the Debtors' growth in the Projections.

The HVAC and OEM segments account for slightly less than 10% of the Debtors' revenue. The HVAC market is currently weakened due to reduced commercial construction activity. The Projections assume that HVAC revenues will be supported by new customer acquisition initiatives. OEM segment revenues are projected to remain relatively flat from a revenue standpoint in the Projections.

Cost of Sales and Selling, General and Administrative Expenses
Cost of sales represents the direct material, labor and other operating expenses associated with procuring, packaging and fulfilling customer orders. These costs are largely comprised of material purchases, labor costs, packaging costs, assembly costs and freight. The Debtors projected these expenses based on the historic and current run rate of the expenses as a percentage of revenue. The Debtors' adjusted such percentages for any known change to the operating profile of such expenses to account for any operational improvements, or potential cost increases resulting from any general or specific economic conditions.

Selling, general and administrative ("SG&A") expenses include warehouse expenses, selling costs, marketing costs and other administrative costs. Administrative costs include the cost of labor and benefits necessary to operate corporate functions such finance, general accounting, information technology, and the corresponding support structure related to these functions. Rent, utilities, insurance, taxes and legal and other professional fees are also included in SG&A. Certain of the SG&A costs are variable, while others are fixed and therefore are not directly impacted by changes in revenue. These costs are projected based on the detailed by-category SG&A budget with assumed increases consistent with the growth of the Company and historical trends.

Interest Expense
Interest expense for the projection period has been determined based on terms of the proposed Amended and Restated Credit Facility Term Sheet.

Income Taxes
Income taxes were calculated based on an effective 38% blended federal and state tax rate. For purposes of forecasting provisions for taxes after the Effective Date, the Projections assume that the Debtors do not emerge with any available net operating losses ("NOLs"). However, the Company anticipates receiving a refund of approximately $900,000 in January 2011 related to loss carry-forward tax credits. Additionally, the Company anticipates an approximate $1,800,000 earnings impact after the Effective Date related to an asset basis reduction due to cancelation of debt. A final assessment of the impact of the cancelation of debt on the Debtors and their usable NOLs may vary based on the structure of the Plan and events occurring after the Effective Date.

**Projected Balance Sheet and Pro Forma Balance Sheet**

The December 31, 2010 pro forma balance sheet reflects the Debtors' pro forma projected consolidated balance sheet as of the Effective Date. The pro forma balance sheet was developed from the Debtors' unaudited, projected December 31, 2010 balance sheet and includes adjustments to incorporate the Reorganized Debtors' revised capital structure. The Debtors have made a determination that Fresh Start accounting is applicable under the transaction contemplated within the Plan. Fresh Start accounting adjustments will be determined after the Effective Date. The adjustments currently reflected in the pro forma balance sheet are not presented in conformity with generally accepted accounting principles.

On the Effective Date, the Reorganized Debtors will use existing cash above $1.0 million[1] to satisfy the Plan Distribution Amount and an amount equal to any professional fees payable on the Effective Date. The remaining Net Available Cash will be used to satisfy the debt paydown requirements of the Plan. The pro forma balance sheet contains certain other adjustments as a result of Consummation of the Plan. Liabilities Subject to Compromise will be extinguished and receive treatment based on the Plan. Certain Liabilities Subject to Compromise will be converted to equity as a result of the Reorganized Debtors' issuance of New Preferred Stock.

---

[1] The proposed Lender/ACAS Term Sheet contemplates $1.0 million of cash will remain with the Company after the Effective Date.

The $5.4 million decrease in cash reflects the Debtors' current estimate of the cash required to satisfy the Debtors' portion of the debt paydown, other claims and restructuring fees, while maintaining a remaining cash balance of $1.0 million on the Effective Date. Actual cash on the Effective Date may vary from cash reflected in the pro forma balance sheet due to variances between the Projections and the actual operating results, as well as potential changes in the Debtors' need for cash to consummate the Plan.

The Projections assume that the Company returns to normal business terms with its customers and vendors after the Effective Date. The Projections further assume capital expenditures are primarily maintenance in nature and largely include estimates to replace and furbish warehouse equipment. In addition to warehouse related equipment, the Company is currently depreciating its recently installed ERP software system as well as patterns and molds used in the manufacture of certain parts. The Projections assume future capital expenditures consistent with historic expenditure levels and do not anticipate any out of the ordinary equipment related cash outlays.

With respect to the capital structure, the Projections assume that $54.9 million of the existing debt will be cancelled or retired pursuant to the Plan. The Debtors will emerge with approximately $32.5 million of senior secured debt and a $17.5 million of New Preferred Stock. The term of the debt extends through September 2015.

# DEBTORS' HISTORICAL INCOME STATEMENT
*(Amounts in 000's)*

|  | Year Ended Dec 31, | | | |
|---|---|---|---|---|
|  | **2006** | **2007** | **2008** | **2009** |
| Net Sales | $78,601 | $98,158 | $99,846 | $77,911 |
| *% Growth* | *n/a* | *24.9%* | *1.7%* | *-22.0%* |
| Cost of Goods Sold | 46,136 | 59,913 | 63,834 | 49,416 |
| Gross Profit | 32,465 | 38,245 | 36,012 | 28,495 |
| *% of Sales* | *41.3%* | *39.0%* | *36.1%* | *36.6%* |
| Total SG&A Expenses | 18,591 | 22,696 | 22,546 | 20,151 |
| EBITDA | 13,874 | 15,549 | 13,466 | 8,344 |
| *% of Sales* | *17.7%* | *15.8%* | *13.5%* | *10.7%* |
| Depreciation | 553 | 674 | 765 | 968 |
| Amortization | 5,361 | 9,465 | 8,952 | 8,122 |
| D&A | 5,914 | 10,139 | 9,717 | 9,090 |
| Operating Income | 7,960 | 5,410 | 3,749 | (746) |
| *% of Sales* | *10.1%* | *5.5%* | *3.8%* | *-1.0%* |
| Net Interest Expense | 6,881 | 8,935 | 8,110 | 8,416 |
| Other Expenses | 1,566 | 1,217 | 43,137 | 5,151 |
| Income Before Taxes | (487) | (4,742) | (47,498) | (14,313) |
| Net Tax Provision (Benefit) | (124) | (1,673) | (1,555) | (4,674) |
| Net Income | ($363) | ($3,069) | ($45,943) | ($9,639) |
| Preferred Equity PIK Interest | 0 | 0 | 0 | 0 |
| Net Income to Common Shareholders | ($363) | ($3,069) | ($45,943) | ($9,639) |
| *% of Sales* | *-0.5%* | *-3.1%* | *-46.0%* | *-12.4%* |

**Note:**
**Figures are not audited and may not be prepared in accordance with GAAP.**

# DEBTORS' HISTORICAL BALANCE SHEET
*(Amounts in 000's)*

|  | As of Dec 31, | | | |
|---|---|---|---|---|
|  | **2006** | **2007** | **2008** | **2009** |
| <u>Assets:</u> | | | | |
| Cash | $2,963 | $5,483 | $7,790 | $7,641 |
| Receivables | 11,175 | 14,210 | 11,210 | 10,188 |
| Inventory | 16,104 | 28,229 | 23,247 | 20,874 |
| Deferred Tax Benefits | 667 | 1,116 | 1,661 | 2,448 |
| Prepaid Expenses | 253 | 1,453 | 711 | 1,648 |
| Total Current Assets | 31,162 | 50,491 | 44,619 | 42,799 |
| Gross PP&E | 1,707 | 3,028 | 5,096 | 5,704 |
| Accumulated Depreciation | 181 | 811 | 1,505 | 2,422 |
| Net PP&E | 1,526 | 2,217 | 3,591 | 3,282 |
| Deferred Charges | 2,646 | 2,519 | 2,015 | |
| Goodwill | 47,109 | 56,214 | 14,335 | 14,335 |
| Patents & Other Intangibles | 44,131 | 38,521 | 29,569 | 21,447 |
| Total Other Assets | 93,886 | 97,254 | 45,919 | 35,782 |
| Total Assets | $126,574 | $149,962 | $94,129 | $81,863 |
| <u>Liabilities & Equity:</u> | | | | |
| Current Portion Long Term Debt | $1,000 | $1,000 | $3,809 | $956 |
| Accounts Payable | 2,070 | 5,112 | 2,173 | 3,355 |
| Other Accrued Liabilities | 3,585 | 4,499 | 3,077 | 3,276 |
| Accrued Management Fees | 188 | 188 | 188 | 750 |
| Accrued State & Federal Income Tax | 144 | 263 | (278) | (1,797) |
| Total Current Liabilities | 6,987 | 11,062 | 8,969 | 6,540 |
| Deferred Federal Inc Tax | 15,864 | 13,942 | 11,890 | 9,502 |
| Long-Term Debt | 46,000 | 66,000 | 65,000 | 61,463 |
| Subordinated Debt | 22,387 | 22,730 | 23,079 | 25,876 |
| Current Maturities | (1,000) | (1,000) | (3,809) | (956) |
| Total Long Term Liabilities | 83,251 | 101,672 | 96,160 | 95,885 |
| Common Equity | 37,263 | 41,225 | 38,843 | 39,016 |
| Retained Earnings | (927) | (3,997) | (49,843) | (59,578) |
| Total Equity | 36,336 | 37,228 | (11,000) | (20,562) |
| Total Liabilities & Equity | $126,574 | $149,962 | $94,129 | $81,863 |

**Note:**
**Figures are not audited and may not be prepared in accordance with GAAP.**

# DEBTORS' HISTORICAL STATEMENT OF CASHFLOW
*(Amounts in 000's)*

|  | Year Ended Dec 31, | | | |
|---|---|---|---|---|
|  | **2006** | **2007** | **2008** | **2009** |
| Beginning Cash Balance | $0 | $2,963 | $5,483 | $7,790 |
| Net Income | (927) | (3,069) | (45,943) | (9,639) |
| Depreciation |  |  |  | 943 |
| Amortization | 3,355 | 10,575 | 10,221 | 10,138 |
| Goodwill Impairment | 0 | 0 | 40,539 | 0 |
| Disposal of asset | 0 | 5 | 270 | 0 |
| Stock Based Compensation | 48 | 136 | 144 | 171 |
| Deferred Taxes | (1,103) | (3,273) | (2,598) | (3,112) |
| Cash Flow From Operations | 1,373 | 4,374 | 2,633 | (1,499) |
| Net Working Capital Investment |  |  |  |  |
| Accounts Receivable | 1,355 | 545 | 3,000 | 1,317 |
| Inventories | (1,173) | (3,597) | 4,129 | 2,375 |
| Prepaid Expenses | (40) | (257) | 224 | (1,214) |
| Accounts Payable | (855) | 2,523 | (2,939) | 749 |
| Accruals | 1,912 | (268) | (1,252) | 409 |
| Accrued PIK Interest | 0 | 0 | 0 | 50 |
| Accrued Management Fees | 0 | 0 | 0 | 562 |
| Income Taxes Payable | 0 | (870) | 254 | (1,517) |
| Total Changes in Working Capital | 1,199 | (1,924) | 3,416 | 2,731 |
| Cash Flow after NWC Investment | 2,572 | 2,450 | 6,049 | 1,232 |
| Capital Expenditures | (98) | (627) | (2,469) | (608) |
| Changes in Other Assets | (2,895) | 44 | 27 | (26) |
| Changes in Other Non-Current Liabilities | 0 | 0 | 0 | 174 |
| Acquisition of Business | (100,096) | (20,672) | (300) | 0 |
| Increase in Debt | 68,365 | 21,000 | 0 | 2,616 |
| Increase in Equity | 35,115 | 1,325 | 0 | 0 |
| Cash Flow for Debt Amortization | 2,963 | 3,520 | 3,307 | 3,388 |
| Debt Amortization | 0 | (1,000) | (1,000) | (3,537) |
| Increase / (Decrease) in Cash | 2,963 | 2,520 | 2,307 | (149) |
| Ending Cash Balance | $2,963 | $5,483 | $7,790 | $7,641 |

**Note:**
**Figures are not audited and may not be prepared in accordance with GAAP.**