# EXHIBIT C

## LIQUIDATION ANALYSIS

# EXHIBIT C to Disclosure Statement

# ASSETS AVAILABLE FOR DISTRIBUTION
*(Amounts in 000's)*

| | Unaudited Projected Dec 31, 2010 | Recovery Range | | Liquidation Range | |
|---|---|---|---|---|---|
| | | Low | High | Low | High |
| Cash | $6,439 | 100% | 100% | $6,439 | $6,439 |
| Accounts Receivable *(1)* | | | | | |
|   Current | $7,348 | 65% | 85% | $4,776 | $6,245 |
|   1 to 30 Days | 703 | 50% | 65% | 351 | 457 |
|   31-60 Days | 197 | 40% | 50% | 79 | 99 |
|   61-90 Days | 110 | 15% | 25% | 17 | 28 |
|   > 90 Days | 47 | 0% | 0% | 0 | 0 |
|   Total Accounts Receivable | $8,405 | 62% | 81% | $5,223 | $6,828 |
| Gross Inventory *(2)* | | | | | |
|   In-Line | $14,920 | 60% | 70% | $8,952 | $10,444 |
|   Slow-Moving | 8,136 | 30% | 40% | 2,441 | 3,254 |
|   In-Transit | 1,854 | 40% | 50% | 742 | 927 |
|   Total | $24,910 | 49% | 59% | $12,134 | $14,626 |
| Deferred Tax Benefits | $4,271 | 0% | 0% | $0 | $0 |
| Total Prepaid Expenses | | | | | |
|   Insurance & Other | $561 | 0% | 25% | $0 | $140 |
|   Professional Fees | 0 | 0% | 15% | 0 | 0 |
|   Total | $561 | 0% | 25% | $0 | $140 |
| Total Current Assets | $44,587 | 53% | 63% | $23,796 | $28,033 |
| Fixed Assets | | | | | |
|   Net PP&E | $2,856 | 10% | 25% | $286 | $714 |
|   Total Fixed Assets | $2,856 | 10% | 25% | $286 | $714 |
| **Total Tangible Assets/Liquidation Value** | **$47,443** | **51%** | **61%** | **$24,082** | **$28,747** |
| **Liquidation Costs *(3)*** | | | | ($750) | ($750) |
| **Net Liquidation Value** | | | | **$23,332** | **$27,997** |

Notes:
*(1) Accounts Receivable allocation of aging as a percentage of total is based upon the latest month-ending actual allocation which is applied to projected Accounts Receivable.*
*(2) Inventory liquidation value is already net of liquidation costs. Recovery percentage and classification mix are based upon third-party valuation conducted by Great American which is applied to projected Inventory.*
*(3) Liquidation costs displayed are incremental for remainder of assets other than Inventory.*

**Figures are not prepared in accordance with GAAP and do not reflect the impact of Fresh Start accounting.**

# ESTIMATED CREDITOR RECOVERIES
*(Amounts in 000's)*

| Creditor | Estimated Claims (1) | | Estimated Creditor Recovery Percentage | | Hypothetical Creditor Recovery Values | |
|---|---|---|---|---|---|---|
| | Low | High | Low | High | Low | High |
| **Net Liquidation Value** | | | | | $23,332 | $27,997 |
| Administrative Claims | | | | | | |
|   503(b)(9) Claims | $274 | $274 | 100% | 100% | $274 | $274 |
|   Professional Fees (net of retainers) | 1,257 | 1,257 | 100% | 100% | 1,257 | 1,257 |
|   Post-Petition Trade Payable | 2,739 | 2,739 | 100% | 100% | 2,739 | 2,739 |
|   Total | 4,270 | 4,270 | | | 4,270 | 4,270 |
| Priority Tax Claims (2) | 0 | 0 | 100% | 100% | 0 | 0 |
| Class 1: Priority Claims | 0 | 0 | 100% | 100% | 0 | 0 |
| Class 2: Lender Secured Claims | 61,658 | 61,658 | 31% | 38% | 19,062 | 23,727 |
| Class 3: Subordinated Noteholder Claims | 26,731 | 26,731 | 0% | 0% | 0 | 0 |
| Class 4: Other Secured Claims | 0 | 0 | 0% | 0% | 0 | 0 |
| Class 5: General Unsecured Claims | | | | | | |
|   Trade Payables (3) | 826 | 826 | 0% | 0% | 0 | 0 |
|   Rebate Liabilities (4) | 0 | 0 | 0% | 0% | 0 | 0 |
|   Commission Liabilities (5) | 0 | 0 | 0% | 0% | 0 | 0 |
|   Total | 826 | 826 | | | 0 | 0 |
| Class 6: Unpaid Management Fee Claims | 5,766 | 5,766 | 0% | 0% | 0 | 0 |
| Class 7: Subsidiary Equity Interests | 0 | 0 | 0% | 0% | 0 | 0 |
| Class 8: Equity Interests | 0 | 0 | 0% | 0% | 0 | 0 |
| **Total Claims** | **$99,252** | **$99,252** | | | **$23,332** | **$27,997** |

Notes:

(1) The estimation of claims herein does not constitute a waiver of the Debtors' right to contest the validity, priority or amount of any claim.

(2) The Company is currently paying pre-petition and post-petition taxes on an ongoing basis in accordance with the approved first day motions.

(3) Assumes pre-petition trade payables per Company's claims analysis, less amount paid in accordance with approved first day motions and 503(b)(9) claims scheduled above.

(4) Assumes pre-petition rebates are paid prior to liquidation in accordance with approved first day motions.

(5) Assumes pre-petition commission liabilities are paid prior to liquidation in accordance with approved first day motions.

**Figures are not prepared in accordance with GAAP and do not reflect the impact of Fresh Start accounting.**